ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
Environmental Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2484
    Facsimile: (213) 894-6436
    Email: dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRY HUMPHRIES, ET AL.<br><br>    Defendants. | No. CR 10-1106-JFW<br><br>**GOVERNMENT'S AND DEFENDANT'S PROPOSED SUMMARIES OF THE INDICTMENT**<br><br>Trial Date: April 5, 2011<br><br>Trial Time: 8:30 a.m. |

Plaintiff, United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, and defendant Harry Humphries, by and through his counsel of record, Fay Arfa, hereby jointly submit **two** attached proposed summaries of the indictment in the above-captioned case pursuant to paragraph 19 of the Court's Criminal Trial Order. The only difference between the two attached summaries is that defendant's proposed attached summary includes

the word " felony" before the word, "violation" in the first paragraph.

Defendant's counsel contends that the jury should know the nature of the charge against defendant, and, therefore, should be informed that the charge against him is a felony offense.

The government contends that it would be improper to inform the jury of the felony status of the offense. Specifically, Ninth Circuit Model Jury Instruction No. 7.4 specifically provides that the jury shall not consider the punishment of the offense in its deliberations. The insertion of the word, "felony" is inconsistent with that jury instruction. Inclusion of the word "felony" would highlight to the jury that the offense

///

charged likely carries a more severe punishment than a misdemeanor offense.

                                        Respectfully submitted,

DATED: March 31, 2011       ANDRÉ BIROTTE JR.
                                     United States Attorney

                                     ROBERT E. DUGDALE
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                     /S/
                                     DENNIS MITCHELL
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     United States of America

DATED: March 31, 2011

                                     /S/
                                     FAY ARFA
                                     Attorney for Defendant
                                     Harry Humphries

## GOVERNMENT'S PROPOSED SUMMARY OF THE INDICTMENT

In this case, there is a criminal indictment against defendant Harry Humphries charging him with a violation of federal environmental law. I will summarize the allegations for you, however, please keep in mind that what I say is not evidence and that a defendant is innocent until proven guilty. This case involves the following allegations:

Defendant is charged in count one of the indictment with knowingly storing and causing to be stored, hazardous wastes at a business premises located in Rancho Dominguez, without a permit as required by the federal Resource Conservation and Recovery Act. The defendant has pleaded not guilty to the charge and is presumed innocent unless and until proved guilty beyond a reasonable doubt. A defendant has the right to remain silent and never has to prove innocence or present any evidence.

## DEFENDANT'S PROPOSED SUMMARY OF THE INDICTMENT

In this case, there is a criminal indictment against defendant Harry Humphries charging him with a felony violation of federal environmental law. I will summarize the allegations for you, however, please keep in mind that what I say is not evidence and that a defendant is innocent until proven guilty. This case involves the following allegations:

Defendant is charged in count one of the indictment with knowingly storing and causing to be stored, hazardous wastes at a business premises located in Rancho Dominguez, without a permit as required by the federal Resource Conservation and Recovery Act. The defendant has pleaded not guilty to the charge and is presumed innocent unless and until proved guilty beyond a reasonable doubt. A defendant has the right to remain silent and never has to prove innocence or present any evidence.